AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

F,D 10699705

for the

Middle District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:21CR39-1 |
| DAVORIN AHMAD WHITE | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __DAVORIN AHMAD WHITE__ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Violation of Conditions of Supervised release.

Date: __05/31/2023__

City and state:  Greensboro, NC

__John S. Brubaker, Clerk of Court__
*Issuing officer's signature*

__/s/ Abby Taylor, Deputy Clerk__
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____    RECEIVED    JUN 1 2023    _____ *Arresting officer's signature* |
| US Marshals Service, M NC    _____ *Printed name and title* |

Case 3:23-mj-00409-DCK   Document 1   Filed 11/27/23   Page 1 of 5
Case 1:21-cr-00039-TDS   Document 50 *SEALED* (Court only)   Filed 05/31/23   Page 1 of 2

PROB 12C
11/03

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  DAVORIN AHMAD WHITE                                       Docket Number: 1:21CR39-1

Name of Sentencing Judicial Officer:   The Honorable Thomas D. Schroeder

Date of Original Sentence:        July 1, 2021

Original Offense:   Distribute Heroin in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Original Sentence:  Custody of the Bureau of Prisons for 11 months followed by a 3-year term of supervised release.

August 5, 2022 - Modification order filed for 90 days of location monitoring curfew program.

January 5, 2023: Supervision revoked. Sentenced to the custody of the Bureau of Prisons for 10 months followed by 36 months of reimposed supervised release.

Type of Supervision: Supervised Release     Date 2nd Term of Supervision Commenced: January 5, 2023
                                            Date 2nd Term of Supervision Expires: January 3, 2026

Assistant U.S. Attorney: Jack Alsup                          Defense Attorney: Seth Allen Neyhart

## PETITIONING THE COURT

[X]   To issue a warrant. For compelling reasons, this Petition and Warrant shall remain sealed until the Warrant is executed except as necessary for law enforcement to effect the arrest of the defendant. The Clerk shall provide a copy of the petition and Warrant to the U.S. Attorney's Office and the United States Marshals Service.
[ ]   To issue a summons

The probation officer believes that Mr. White has violated the following condition(s) of supervision:

**Violation 1 - You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.**

Mr. White tested positive for marijuana on three (3) occasions as follows: January 13, 2023, February 9, 2023, and March 30, 2023. Mr. White voluntarily signed admission forms on each occasion above.

RE: Davorin Ahmad White                                                                                             2

**Violation 2 – The defendant shall cooperatively participate in a substance abuse treatment program, which may include drug testing and inpatient/residential treatment, and pay for treatment services, as directed by the probation officer. During the course of treatment, the defendant shall abstain from the use of alcoholic beverages.**

Mr. White was a no-show for substance abuse treatment sessions on four (4) occasions and called to cancel on two (2) additional occasions. Mr. White only attended a single intake session before a series of no-shows and eventually an unsuccessful discharge.

Mr. White was referred to Genesis – A New Beginning immediately upon starting his second term of supervision. Mr. White was a no-show for his intake session on January 23, 2023, and then a no-show on his rescheduled intake session on January 31, 2023. Mr. White eventually reported as directed on February 15, 2023, but then was a no-show for scheduled sessions on March 21, 2023, and April 10, 2023. After April 10, 2023, counselors made multiple attempts to reach Mr. White to continue their attempts at rescheduling his appointments but were unable to reach him and counselors received no communication on Mr. White's behalf. On or about April 10, 2023, staff with Genesis advised the probation officer of their continued inability to reach Mr. White and he was unsuccessfully terminated from their program.

**Violation 3 – You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer within 72 hours of becoming aware of a change or expected change.**

Mr. White started his second term of supervision and relocated to live with his brother at 3902 Pineneedle Drive, Greensboro, North Carolina.

After a no-show to a scheduled office visit on April 18, 2023, the probation officer made attempts to reach Mr. White on his phone via phone calls and text messages but received no return communication. The probation officer then began multiple attempts to locate Mr. White at both his last known as well as previously known addresses without success.

During a random home visit on April 24, 2023, the probation officer spoke with Mr. White's brother who indicated that Mr. White had not been at his residence in "at least a week or so" and he was unaware of his current whereabouts or any other methods to reach Mr. White, although he indicated Mr. White's cell phone might have been damaged. Also present at Mr. White's brother's residence was Mr. White's sister, with whom he had also previously resided with at a separate location. She also indicated that Mr. White did not reside with her, and she had not seen him in at least several days.

The probation officer travelled to Mr. White's second sister's residence located at 421 Evergreen St, High Point, North Carolina as the probation officer had previously met with Mr. White here on March 30, 2023. The probation officer spoke with Mr. White's sister at this residence, and she also indicated that she had not had contact with Mr. White in "at least a week or two".

The probation officer made attempts to reach Mr. White via his ex-girlfriend and his mother, as well as attempts to locate Mr. White at area hospitals and homeless shelters, all without success. Mr. White's whereabouts are currently unknown. The probation officer's last saw Mr. White in-person on March 30, 2023, and the last successful phone contact with Mr. White occurred on April 17, 2023.

**Violation 4 – After initially reporting to the probation office, you will receive instruction from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.**

Mr. White failed to report for a scheduled office visit on April 18, 2023.

**RE: Davorin Ahmad White**  3

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
    [X]   revoked.
    [ ]   extended for   years, for a total term of   years.

[ ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the forgoing is true and correct.

Executed on May 31, 2023

Kevin Matthew Alligood
U.S. Probation Officer Specialist

Approved by:
Christopher M. Bersch
Supervisory U.S. Probation Officer

May 31, 2023
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:21CR39-1 |
| ) | |
| DAVORIN AHMAD WHITE ) | |

**ORDER ON PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

This matter is before the court upon request of the United States Probation Officer. (Doc. 47.) The court has reviewed the petition and finds the following:

( ) No Action.

(X) The Issuance of a Warrant. For compelling reasons, this petition and warrant shall remain sealed until the warrant is executed except as necessary for law enforcement to effect the arrest of the defendant. The Clerk shall provide a copy of the petition and warrant to the U.S. Probation Office, the U.S. Attorney's Office, and the United States Marshal Service.

( ) The Issuance of a Warrant. The Clerk shall provide a copy of the petition and warrant to the U.S. Probation Office, the U.S. Attorney's Office, and the United States Marshal Service.

( ) The Issuance of a Summons. Upon issuance of a summons, the petition shall be unsealed.

( ) Other:

IT IS SO ORDERED.

/s/ Thomas D. Schroeder
United States District Judge

May 31, 2023

RECEIVED
JUN 1 2023
US Marshals Service, M/NC